**Motion Granted; Dismissed and Memorandum Opinion filed March 28, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00198-CV

### KATHERINE MARCUM, Appellant

### V.

### DOW CORNING CORPORATION and DOW CORNING WRIGHT CORPORATION, Appellees

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 1992-25394IP**

# MEMORANDUM OPINION

This is an appeal from an order signed January 29, 2013. On March 20, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.